# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC. and<br>EMORY UNIVERSITY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>　　　　　　　Defendant. | C.A. No.: 17-943-JFB-SRF |

## STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Gilead Sciences, Inc. ("Gilead") and Emory University ("Emory") and Defendant Amneal Pharmaceuticals LLC ("Amneal"), through their undersigned counsel and subject to the Court's approval, as follows:

1. All claims, counterclaims, and/or causes of action asserted in the above-captioned action by and between Gilead, Emory, and Amneal are hereby dismissed *with prejudice*;

2. Either party may write to the Court to reopen this matter and restore it to the active docket at any time within sixty (60) days after termination of discussion between the parties to cure any objections raised by the Federal Trade Commission and/or Department of Justice; and

3. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 7, 2018

01:23299415.1

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Brian E. Farnan* | */s/ Anne Shea Gaza* |
| Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>302-777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com |
| Christopher P. Borello<br>Frederick C. Millett<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10112<br>(212) 218-2100<br>cborello@fchs.com<br>fmillett@fchs.com | Michael R. Dzwonczyk<br>Aiyda Cobb<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, D.C. 20037<br>(202) 293-7060<br>mdzwonczyk@sughrue.com<br>acobb@sughrue.com |
| *Counsel for Plaintiffs/Counterclaim Defendants Gilead Sciences, Inc. and Emory University* | *Counsel for Defendant/Counterclaim Plaintiff Amneal Pharmaceuticals LLC* |

**IT IS SO ORDERED THIS _____ day of _____, 2018**

_____

U.S.D.C.